**Carien Nurien CARDOZA LARO, Petitioner,**

v.

**Eric H. HOLDER Jr., Attorney General, Respondent.**

No. 07–71594.

United States Court of Appeals, Ninth Circuit.

Submitted Jan. 11, 2010.*

Filed Jan. 21, 2010.

---

* The panel unanimously concludes this case is suitable for decision without oral argument. *See* Fed. R.App. P. 34(a)(2).

---

Carien Nurien Cardoza Laro, Pasadena, CA, pro se.

CAC–District, Office of the District Counsel Department of Homeland Security, Los Angeles, CA, Ronald E. Lefevre, Chief Counsel, Office of the District Counsel Department of Homeland Security, San Francisco, CA, Benjamin J. Zeitlin, Esq., U.S. Department of Justice Civil Div./Office of Immigration Lit., Washington, DC, for Respondent.

Before: BEEZER, TROTT, and BYBEE, Circuit Judges.

MEMORANDUM **

Carien Nurien Cardoza Laro, a native and citizen of El Salvador, petitions pro se for review of the Board of Immigration Appeals' ("BIA") order affirming an immigration judge's decision denying her application for asylum and withholding of removal. We have jurisdiction under 8

---

** This disposition is not appropriate for publication and is not precedent except as provided by 9th Cir. R. 36–3.

U.S.C. § 1252. We review for substantial evidence, *INS v. Elias–Zacarias*, 502 U.S. 478, 481 n. 1, 112 S.Ct. 812, 117 L.Ed.2d 38 (1992), and we deny the petition for review.

Substantial evidence supports the BIA's denial of Cardoza Laro's asylum and withholding of removal claims, because she failed to establish that she was persecuted on account of any protected ground. *See Ochoa v. Gonzales*, 406 F.3d 1166, 1170–72 (9th Cir.2005) (affirming BIA's denial of asylum and withholding of removal where petitioners failed to prove their persecution was on account of a social group or imputed political opinion).

**PETITION FOR REVIEW DENIED.**